**HAMBORSKY, R.**

v.

**PSP**

**1359 CD 2016**

Commonwealth Court of Pennsylvania.

07/24/2017

Attorney General, No. FAD01272

Affirmed

**HOLZ, T.**

v.

**OOR (DOS)**

**1656 CD 2016**

Commonwealth Court of Pennsylvania.

07/24/2017

Office of Open Records, AP 2016–1438

Affirmed

**GATEWAY HEALTH PLAN, INC.**

v.

**DHS**

**1924 CD 2016**

Commonwealth Court of Pennsylvania.

07/24/2017

Department of Human Services, Bureau of Hearings and Appeals, Bid Protest No. 2016–BP–6

Affirmed

**MY DAYHOUSE ACHIEVEMENT CENTER**

v.

**UCBR (Shirley)**

**15 CD 2017**

Commonwealth Court of Pennsylvania.

07/24/2017

Unemployment Compensation Board of Review, B–594240

Affirmed